1 WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
2 EARL L. HAGSTRÖM, ESQ. (SBN 150958)
ehagstrom@behblaw.com
3 BARRY BRYAN, ESQ. (SBN 301416)
bbryan@behblaw.com
4 BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
5 San Francisco, CA 94111
Telephone:    (415) 397-9006
6 Facsimile:    (415) 397-1339

7 Attorneys for Defendants
WILLIAM KINNEY AND MOLLIE KINNEY
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 FIESTA 116 L.P., a California limited          ) Case No. 4:17-CV-04343-DMR
partnership,,                                     )
14                                                ) **[~~PROPOSED~~] ORDER GRANTING
                                                  ) MOTION FOR DETERMINATION
15          Plaintiffs,                           ) OF GOOD FAITH SETTLEMENT AND
                                                  ) FOR AN ORDER BARRING
16      vs.                                       ) CONTRIBUTION PURSUANT TO C.C.P.
                                                  ) § 877 AND 42 U.S.C. § 9613(F)**
17 WELLS FARGO BANK, N.A., et al.,                )
                                                  )
18          Defendants.                           ) The Hon. Magistrate Judge Donna M. Ryu
                                                  )
19 _____        ) Trial Date: None Set
                                                  )
20                                                ) Date:          December 17, 2019
AND RELATED CROSS-ACTIONS                         ) Time:          1:00 p.m.
21                                                ) Crtrm.:        4
_____           )

22

23

24

25

26

27

28
2714122

1
[PROPOSED] ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

1    Having considered <u>WILLIAM KINNEY</u> and <u>MOLLIE KINNEY</u>'s (collectively

2  "Defendants") Motion for Determination of Good Faith Settlement and for an Order Barring

3  Contribution Pursuant to C.C.P. § 877 and 42 U.S.C. § 9613(f); the opposition(s), if any; and

4  oral argument of counsel, if any; and good cause appearing therefor,

5    IT IS HEREBY ORDERED:

6    1.    The Court finds that the Settlement Agreement entered into by Defendants and

7  Plaintiff <u>FIESTA 116, L.P.</u>, a California limited partnership, ("Plaintiff") was made in good

8  faith, as defined by California Code of Civil Procedure ("C.C.P.") section 877 and 877.6;

9    2.    The Court approves the Settlement Agreement as a good faith settlement;

10    3.    Pursuant to 42 U.S.C. section 9613(f) and C.C.P. section 877.6, all claims are

11  barred by any non-settling parties arising out of the facts alleged in this matter, and as further

12  identified and provided for in the Settlement Agreement, regardless of when or by whom such

13  claims are asserted;

14    4.    The Court orders that the Settlement Agreement constitutes a judicially approved

15  settlement for purposes of 42 U.S.C. section 9613(f).

16

17

18  Dated: __November 18, 2019__    _____

19          HON. DONNA M. RYU
            JUDGE OF THE DISTRICT COURT
20

21

22

23

24

25

26

27

28

2714122

2

[PROPOSED] ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT